**BAKER & HOSTETLER LLP**
Michael Patrick Brown (SBN 328579)
11601 Wilshire Boulevard, Ste. 1400
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
mpbrown@bakerlaw.com

Attorney for Defendant
PATELCO CREDIT UNION

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIE JANI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PATELCO CREDIT UNION,<br><br>Defendant. | CASE NO.: 3:23-CV-05054-TSH<br><br>[*Assigned to Magistrate Judge Thomas S. Hixson*]<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT PATELCO CREDIT UNION'S TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:   October 2, 2023 |

**TO THE HONORABLE COURT:**

Plaintiff Sophie Jani ("Plaintiff") and Defendant Patelco Credit Union ("Patelco") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows ("Stipulation"), pursuant to Northern District of California Local Civil Rule 6-1(a), with regard to the following facts:

**WHEREAS**, on October 2, 2023, Plaintiff filed her Complaint in the above-captioned Court alleging negligence and other causes of action against Patelco stemming from the 2023 cyberattack on the Progress Software MOVEit transfer application;

**WHEREAS**, on October 23, 2023, Plaintiff effectuated service of process on Patelco;

**WHEREAS**, Patelco's response to the Complaint is currently due on November 13, 2023;

**WHEREAS**, on October 4, 2023, the Joint Panel on Multidistrict Litigation ("JPML") issued a Transfer Order consolidating certain actions relating to the 2023 cyberattack on the Progress Software MOVEit transfer application. The JPML assigned the consolidated proceeding to Judge Allison D. Burroughs in the District of Massachusetts and broadly noted that other actions, including yet-to-be filed actions, relating to the cyberattack—whether filed against Progress Software, direct users of the MOVEit software, or companies that contracted or subcontracted with direct users of MOVEit—are potential tag-along actions that may be transferred to the District of Massachusetts;

**WHEREAS**, on November 8, 2023, Patelco filed a Notice of Potential Tag-Along Action with the JPML advising that this case is a potential tag-along action;

**WHEREAS**, the Parties agreed to extend Patelco's deadline to respond to Plaintiff's Complaint by forty-five (45) days, up to and including December 28, 2023, out of an abundance of caution should transfer to Judge Burroughs not occur.

# STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, on the one hand, and Patelco, on the other hand, by and through their respective undersigned counsel, that:

Patelco's deadline to answer or otherwise respond to the Complaint is extended forty-five (45) days, up to and including December 28, 2023.

**IT IS SO STIPULATED.**

Dated:  November 10, 2023     **BAKER & HOSTETLER LLP**

By:  */s/ Michael Patrick Brown*
Michael Patrick Brown

*Attorney for Defendant*
PATELCO CREDIT UNION

Dated:  November 10, 2023     **CLAYEO C. ARNOLD
A PROFESSIONAL CORPORATION**

By:  */s/ M. Anderson Berry*
M. Anderson Berry
Gregory Haroutunian
Brandon P. Jack

*Attorneys for Plaintiff*

## ATTESTATION

I, Michael Patrick Brown, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 10, 2023            */s/ Michael Patrick Brown*
                                             Michael Patrick Brown